Julius Meyerhoff, administrator of the estate of Solomon M. Meyerhoff, deceased, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 35,107.

638

Opinion filed October 19, 1931.
Fred H. Montgomery and Herbert J. Deany, for appellant; Edward C. Craig and Vernon W. Foster, of counsel. Murphy O. Tate and Eugene Cohen, for appellee.
Mr. Justice Matchett delivered the opinion of the court.